NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3349

MIRTA F. ABREU,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT844E080110-I-1.

ON MOTION

Before MAYER, Circuit Judge.

## O R D E R

Mirta F. Abreu moves for reconsideration of the court's January 29, 2009 order

dismissing her petition for review.

This petition was dismissed on January 29 for failure to file a Rule 15(c)

statement concerning discrimination. The Rule 15(c) form has now been submitted.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration will be granted, the mandate will be recalled, and the petition for review will be reinstated if Abreu's brief is filed and counsel for Abreu enters an appearance within 30 days of the date of filing of this order.

FOR THE COURT

JUL 21 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Stanley M. Rosenberg, Esq.
      Jane W. Vanneman, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2009

JAN HORBALY
CLERK